UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:     *   CASE NO. 18-04022-MCF
         *
ELBA IRIS BURGOS ROSARIO   *   CHAPTER 13
Aka ELBA BURGOS ROSARIO   *
Aka EVELYN BURGOS DE SILVESTRINI *
Aka EVELYN B. SILVESTRINI   *
         *
    Debtor(s)   *
**********************************

<u>DEBTOR'S MOTION REQUESTING ACCESS TO SEALED MOTION</u>

TO THE HONORABLE COURT:

COMES NOW the Debtor of reference, through counsel, and very respectfully requests Order to allow Debtor access to the sealed motion filed by Respondent Banco Popular de Puerto Rico on February 19, 2020. (Dckt. no. 99):

In support thereof, moving Debtor alleges as follow:

1. On July 17, 2018, Debtor filed the instant Chapter 13 Petition. (Docket No. 1).

2. On January 24, 2020, Debtor requested that the Court Order Banco Popular to Recognize Mr. Jaime Silvestrini as Debtor's Next Friend in this proceeding. (Docket No. 89).

3. On February 3, 2020, the Court ordered Banco Popular to file a reply within 14 days, which averment was due February 18, 2020. (Docket No. 93).

4. On February 19, 2020, Banco Popular requested an Order to file a sealed reply (Docket No. 99) with a proposed order.

5. On February 20, 2020, the Court entered an Order allowing

1

the sealed reply. (Dckt. 100).

6. Debtor hereby requests that the Court allows debtor access to the sealed motion.

7. Principles of basic due process suggest that Debtor and the Court approved next friend Mr. Jaime Silvestrini be notified of the averment.

8. It is also requested that matters regarding the order requested against Banco Popular (Dckt. no. 89) and the Banco Popular's Sealed Reply (Dckt. no. 99), which Debtor has not received, be maintained in abeyance until Debtor is properly noticed and could properly aver.

9. It is requested that a period of 10 days, after notice, be allowed for Debtor to aver forthwith.

Wherefore, it is respectfully requested that the present motion be granted.

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to José Carrión, Esq., US Trustee, and to Juan Carlos Fortuño Fas, Esq., and other participants in such CM/ECF system.

At San Juan, Puerto Rico, this 20th day of February, 2020.

s/Luis A. Medina Torres
LUIS A. MEDINA TORRES
USDC-PR 125210
Box 191191
San Juan, PR 00919-1191
Email: lcdolmedina@gmail.com
Tel. 765-3795, Fax 756-7087
Attorney for debtor

Bank/req.access.Burgos.2.20.20

2